# Court of Appeals
# of the State of Georgia

ATLANTA,  October 26, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0133.  DANIEL COBBLE v. STEPHANIE LOCKHART et al.**

In this pro se application for discretionary appeal, Daniel Cobble seeks review of two orders of the Magistrate Court of Cherokee County.  In one order, the court denied Cobble's application for issuance of a criminal warrant.  In the other order, the court denied Cobble's "Motion to Return All Stolen Property."  We lack jurisdiction to review the orders.

Generally, "[t]he only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751, 751 (406 SE2d 225) (1991).  This Court may only address magistrate court matters that already have been reviewed by the state or superior court.  See *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411 (1) (393 SE2d 479) (1990); see also OCGA § 5-6-35 (a) (1), (a) (11).  The magistrate court decisions at issue in this case have not been reviewed by the state or superior court.  Thus, we lack jurisdiction over this application for discretionary review, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  10/26/2018
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.